## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| JACQLYN POWELL, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | **Case No. 3:24-cv-01315** |
| | ) | |
| WESTERN EXPRESS, INC. | ) | **CRENSHAW/HOLMES** |
| | ) | |
| DEFENDANT. | ) | |

### PARTIAL MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendant, Western Express, Inc. ("Western"), by and through undersigned counsel, respectfully submits this Partial[1] Motion to Dismiss Plaintiff Jacqlyn Powell's ("Plaintiff") Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. More specifically, Plaintiff's claims are subject to dismissal as follows:

1. Plaintiff's claims for Assault and Battery (Count V), Intentional Infliction of Emotional Distress (Count VI), Negligent Infliction of Emotional Distress (Count VII), and Failure to Train and Supervise (Count VIII) are barred by the exclusivity provision of

---

[1] Defendant previously filed a Motion to Dismiss Plaintiff's Complaint in its entirety and supporting Memorandum of Law. (D.Es. 13, 14). Plaintiff filed a motion for leave to amend her Complaint, (D.E. 19), which was granted by the Court in its February 4, 2025 Order, (D.E. 21), thus making the Amended Complaint, (D.E. 22), the operative complaint and effectively rendering Defendant's motion papers moot. The Amended Complaint has remedied Defendant's concerns regarding claims I-IV with respect to a motion to dismiss and therefore Defendant no longer seeks to dismiss those claims at this stage in the litigation. However, it has not remedied Defendant's concerns regarding the remaining claims and, as a result, Defendant files this instant Motion again seeking dismissal of Plaintiff's Counts V-IX as set forth in Plaintiff's Amended Complaint.

the Tennessee Workers' Compensation Act, and therefore Counts V-VIII must be dismissed with prejudice.

2. Plaintiff's Claim under 18 U.S.C. § 1591 for alleged sex trafficking is based solely on labels, conclusions and her formulaic recitation of the elements – devoid of any factual support, and therefore Count IX must be dismissed with prejudice.

On this basis, and for the reasons more fully set forth in the Memorandum in Support of Defendant's Partial Motion to Dismiss Plaintiff's Amended Complaint filed herewith, Plaintiff's aforementioned claims should be dismissed with prejudice.

Dated: February 18, 2025.

Respectfully submitted,

By: _s/ Mary Leigh Pirtle_
Mary Leigh Pirtle (TN BPR# 026659)
Hunter K. Yoches (TN BPR# 036267)
BASS, BERRY & SIMS PLC
21 Platform Way South, Suite 3500
Nashville, TN 37203
Telephone: (615) 742-6200
Facsimile:  (615) 742-6293
mpirtle@bassberry.com
hunter.yoches@bassberry.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to:

Heather Moore Collins
Ashley Shoemaker Walter
HMC Civil Rights Law, PLLC
7000 Executive Center Drive, Suite 320
Brentwood, TN 37027
heather@hmccivilrights.com
ashley@hmccivilrights.com

*Counsel for Plaintiff*

*s/ Mary Leigh Pirtle*
Mary Leigh Pirtle

46588675.1