Motion (30) is **GRANTED** and the deadline for Plaintiff to respond to Defendant's Motion to Dismiss is extended to **March 18, 2025**.

*[signature]*

US DISTRICT JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **JACQLYN POWELL,** | ) | |
| | ) | **Case No. 3:24-CV-01315** |
| *Plaintiff*, | ) | |
| | ) | **Judge Crenshaw** |
| v. | ) | |
| | ) | **Magistrate Judge Holmes** |
| **WESTERN EXPRESS, INC.,** | ) | |
| | ) | |
| *Defendants*. | ) | |

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, Jacqlyn Powell, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 6.01, respectfully moves this Court for an extension of time to respond to Defendant's Rule 12(b)(6) Motion to Dismiss, up to and including March 18, 2025. In support of this Motion, Plaintiff states as follows:

1. Plaintiff filed her Complaint on November 1, 2024. (ECF 1).

2. Defendant was served on November 14, 2024.

3. Plaintiff's Amended Complaint was entered on February 4, 2025. (ECF 22).

4. On February 18, 2025, Defendant filed its Rule 12(b)(6) Partial Motion to Dismiss and Answer. (ECF 27-29).

5. Pursuant to Local Rule 7.01(a)(3), Plaintiff's response to Defendant's Motion to Dismiss is due March 4, 2025.

6. Between February 14, and March 4, 2025, Plaintiff's counsel had a family emergency including a family member passing away, and Counsel Collins was preparing for and is currently in trial in another matter.

1